IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ALEJANDRO CARMONA,

   Defendant.

CRIMINAL FILE NO.
1:14-CR-196-9-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 665] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 646]. As set forth in the thorough and well-reasoned Report and Recommendation, the Defendant has not shown that defense counsel rendered ineffective assistance of counsel regarding the Government's deliberate ignorance theory. Furthermore, the evidence of the Defendant's guilt based upon actual knowledge of the drugs transported in the buses was overwhelming. Therefore, there was no prejudice from the alleged ineffective assistance of counsel. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 646] is DENIED. No certificate of appealability will be issued.

SO ORDERED, this 6 day of September, 2018.


                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge